**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| JEFFREY GRAY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-120 (WLS) |
| | : | |
| SGT. KYLE WHITE, and | : | |
| DEPUTY MIKE WELCH, in their | : | |
| individual and official capacities as LEOs | : | |
| with the Lowndes County Sheriff's | : | |
| Office, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

On May 7, 2024, the Court issued an Order (Doc. 21) on Defendants White and Welch's Motions to Dismiss (Docs. 2 & 7) as well as Defendant Cathy Sasnett's Motion to Dismiss (Doc. 14).[1] For the reasons stated therein, the Court dismissed as moot Defendants White and Welch's Motion to Dismiss the original complaint (Doc. 2) and granted-in-part their Motion to Dismiss the Amended Complaint (Doc. 7), due to a lack of proper service. Plaintiff Jeffrey Gray was ordered to properly and timely serve Defendants White and Welch within twenty-one days of the Court's Order. Plaintiff was warned that failure to do so could result in the dismissal of his case.

On May 20, 2024, Defendants White and Welch filed an Acknowledgement of Service (Doc. 22), stating that service of the summons and complaint was received. A review of the docket, however, shows that proof of service has not been filed. A defendant's acknowledgment of service is insufficient to satisfy the service requirements of Federal Rule of Civil Procedure 4. In fact, Rule 4 provides that "unless service is waived, proof of service

---

[1] The Court's Order granted Defendant Cathy Sasnett's Motion to Dismiss (Doc. 14) and dismissed her from the case as a defendant. (Doc. 21). Thus, Defendants White and Welch are the remaining defendants in the above-captioned matter.

must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be made by the server's affidavit." Fed. R. Civ. P. 4(l)(1).

Accordingly, Plaintiff is **ORDERED** to file the appropriate proof of executed service, consistent with the Federal Rules, on the docket **no later than Wednesday, November 13, 2024**. A proof of service form may be found on the Court's website. Furthermore, Plaintiff is noticed that failure to comply with this Order may result in dismissal of the action without prejudice and without further notice or proceedings.

**SO ORDERED**, this 30th day of October 2024.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**