IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JEFFREY GRAY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs | * | Civil Action File No. 7:23-cv-00120-WLS |
| | * | |
| CATHY SASNETT, in her individual | * | |
| and official capacity and the Manager | * | |
| of the Georgia Department of | * | |
| Economic Development, | * | |
| SGT. KYLE WHITE, and DEPUTY | * | |
| MIKE WELCH, in their individual | * | |
| and official capacities as LEOs with | * | |
| the Lowndes County Sheriff's Office, | * | |
| | * | |
| Defendants. | * | |

## Response to Plaintiff's Proof of Service

Defendants SGT. KYLE WHITE and DEPUTY MIKE WELCH, in their individual and official capacities respond to the Proof of Service form (Doc. 26) filed by Plaintiff as follows:

On November 13, 2024, Defendant Mike Welch received a state court summons, this Court's Order of October 30, 2024, and a copy of the state court complaint from a process server. *See* Affidavit of Mike Welch dated November 14, 2024, and filed contemporaneously herewith. To date, Defendant Welch has not been served pursuant to Rule 4 of the Federal Rules of Civil Procedure because the summons that was purportedly served on him does not comply with Rule 4 in that it was not signed, sealed, and issued by the federal clerk, it does not name the federal court, it is not directed to Mike Welch, and it states an incorrect time for him to appear and defend. *See* Exhibit A to the Affidavit of Mike Welch dated November 14, 2024; Fed. R. Civ. P. 4 (a)-(b); *Jackson v. U.S. Army Corps of Engineers/Fort Gillem*, No. 1:20-CV-00624-WMR, 2020 WL 13998064, at *3 (N.D. Ga. Oct. 26, 2020).

-2-

To date, Defendant White also has not been served pursuant to Rule 4 of the Federal Rules of Civil Procedure. *See* Doc. 27.

Respectfully submitted this 14th day of November, 2024.

|  |  |
|---|---|
|  | */s/ James L. Elliott* |
|  | James L. Elliott |
|  | Georgia Bar No: 244244 |
| Elliott Blackburn PC |  |
| 3016 N. Patterson Street | */s/ C. Hansell Watt, IV* |
| Valdosta, GA 31602 | C. Hansell Watt, IV |
| (229) 242-3333 | Georgia Bar No: 140885 |
| (229) 242-0696 (fax) |  |
| jimelliott@elliottblackburn.com | *Attorneys for Defendants* |
| hansellwatt@elliottblackburn.com | *White and Welch* |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This 14th day of November, 2024.

> */s/ James L. Elliott*
> James L. Elliott
> Georgia Bar No: 244244