IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JEFFREY GRAY,                                          *

              Plaintiff,            *

v.                                                     Case No. 7:23-cv-120 (WLS)

                       *

SGT KYLE WHITE, et al.,

                       *

             Defendants.

                       *

## J U D G M E N T

Pursuant to this Court's Order dated March 30, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 30th day of March, 2026.

                     David W. Bunt, Clerk


                     s/ Katie Logsdon, Deputy Clerk